# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00193-CR

**Christopher Anthony Brown, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 426TH JUDICIAL DISTRICT
### NO. 68433, THE HONORABLE FANCY H. JEZEK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Christopher Anthony Brown seeks to appeal from a judgment of conviction for aggravated assault with a deadly weapon. *See* Tex. Penal Code Ann. § 22.02 (West 2011). The trial court has certified that: (1) this is a plea bargain case and Brown has no right of appeal, and (2) Brown waived the right of appeal. Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Henson and Goodwin

Dismissed for Want of Jurisdiction

Filed: April 27, 2012

Do Not Publish